# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                      PLAINTIFF

v.                         No. 4:17-cr-103-DPM

VICTORINO VILLALOBOS
Reg. No. 31267-009                      DEFENDANT

## ORDER

Villalobos asks the Court to release him early. He says that, if he'd started the RDAP program on time, then he'd have completed it by now and would be eligible for release this summer. The Court understands Villalobos's frustration; but his motion fails. A prisoner can receive a reduction "after successfully completing" a residential drug treatment program. 18 U.S.C. § 3621(e)(2)(B). But only the Bureau of Prisons can grant that reduction—not the Court; and though it isn't Villalobos's fault that he hasn't yet finished the RDAP program, the statute's words require completion. Further, to the extent Villalobos requests compassionate release, he still hasn't shown that his circumstances are "extraordinary and compelling" within the narrow meaning of the statute. Motion, *Doc. 70*, denied.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2021